IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Franchising North America, LLC, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>Elohim Ent. Inc., Gondosinaryo Listyo, <br><br>　　　　　Defendants. | 2:12-cv-00762-GEB-CKD <br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

　　　　Plaintiff states in its Status Report filed September 28, 2012, that "the Clerk [has] entered default against defendants Elohim and Listyo[,]" and it anticipates "fil[ing] a motion for default judgment within the next three weeks." (ECF No. 17, 1:27-28, 2:17.)

　　　　Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within thirty days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than November 12, 2012 why this action should not be dismissed for failure of prosecution. This action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to this Order.

　　　　Further, the status conference scheduled for hearing on October 15, 2012, is continued to commence at 9:00 a.m. on April 15,

1  2013. A status report shall be filed fourteen (14) days prior to the
2  status conference in which Plaintiff is required to explain the status
3  of the default proceedings.
4          IT IS SO ORDERED.
5  Dated:  October 5, 2012

```
                            _____
                            GARLAND E. BURRELL, JR.
                            Senior United States District Judge
```