IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ACCOR FRANCHISING
NORTH AMERICA, LLC,

        Plaintiff,                      No. 2:12-cv-0762 GEB CKD

    vs.

ELOHIM ENT. INC., et al.,

        Defendants.               <u>ORDER</u>

        By order filed December 20, 2012, the court vacated entry of default against the defendant corporation.  Plaintiff has submitted evidence that the defendant corporation has been properly served pursuant to California Corporations Code § 1702(a).  Accordingly, the entry of default will be reinstated.

        Plaintiff's motion for default judgment was brought against both the corporate and individual defendants.  The individual defendant has not yet been properly served by publication pursuant to the July 10, 2012 order.  If plaintiff intends to proceed on the motion for default judgment against the defendant corporation, plaintiff shall so advise the court.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The entry of default against defendant Elohim Ent. Inc. (dkt. no. 15) is reinstated.

1

        2. Plaintiff shall advise the court no later than January 18, 2013 whether it seeks default judgment against the defendant corporation based on its previously filed motion for default judgment (dkt. no. 19). Service of the motion and supporting documents shall be served on the defendant corporation at the corporate address on file with the California Secretary of State.

Dated: December 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 accor.def.su