UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Accor Franchising North America, LLC**

                                                                  **DEFAULT JUDGMENT**

    v.

                                                                  Case No. CIV S-12-0762 GEB CKD

**Elohim Ent. Inc., et al.**

_____

        **IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED against defendant:

        **Elohim Ent. Inc.**

February 21, 2013

                                                               VICTORIA C. MINOR, CLERK

                                                   By:   /s/C. Manzer
                                                         C. Manzer, Deputy Clerk