UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Accor Franchising North America, LLC**

    v.

**Elohim Ent. Inc., et al.**

DEFAULT JUDGMENT

Case No. CIV S-2:12-cv-00762 GEB CKD

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**Gondosinaryo Listyo, jointly and severally with Elohim Ent. Inc.**

in the amount of **$114,805.63** (ONE HUNDRED FOURTEEN THOUSAND EIGHT HUNDRED FIVE DOLLARS AND SIXTY-THREE CENTS)

April 25, 2013

VICTORIA C. MINOR, CLERK

By:  \_/s/ G. Michel_____
G. Michel, Deputy Clerk