# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

## OFFICE OF THE CLERK
### 501 "I" STREET
### SACRAMENTO, CA  95814

Accor Franchising North America, LLC

        **DEFAULT JUDGMENT**

    v.

        **Case No. CIV S-2:12-cv-00762 GEB CKD**

Elohim Ent. Inc., et al.

_____

        **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

        **Gondosinaryo Listyo, jointly and severally with Elohim Ent. Inc.**

        in the amount of **$114,805.63** (ONE HUNDRED FOURTEEN THOUSAND EIGHT HUNDRED FIVE DOLLARS AND SIXTY-THREE CENTS)

April 25, 2013

        VICTORIA C. MINOR, CLERK


        By:   /s/ G. Michel_____
        G. Michel, Deputy Clerk